IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARY PETRO-RYDER | : | CIVIL ACTION |
| v. | : | NO. 15-2908 |
| CAPT. JACQUELINE PITTMAN et al | : | |

## ORDER

**AND NOW**, this 11th day of December 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 28), Plaintiff's Opposition (ECF Doc. No. 34), following oral argument and as described in the accompanying Memorandum Opinion, it is **ORDERED** Defendants' Motion (ECF Doc. No. 28) is **GRANTED** as Plaintiff cannot show genuine issues of material fact precluding the entry of judgment as a matter of law dismissing her claims for race and gender discrimination, retaliation, hostile work environment or equal protection. The Clerk of Court shall **close** this case.

KEARNEY, J.